UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                              :

EHSH TECHNOLOGY INC.,                 :

                                Plaintiff,        :

                                                       :         22-CV-5927 (VSB)
                v.                         :
                                                       :            **ORDER**

DAVID FELBERBAUM, and PLAY     :
UNIQUE,                                        :
                                                       :
                                Defendants.  :
                                                        :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On September 12, 2022, I ordered that a hearing would be held on September 26, 2022 at 3:30 pm.  (Doc. 13.)  At the hearing, Plaintiff's counsel informed me that on September 23, 2022, he communicated with Defendant David Felberbaum, who indicated that he would not be in attendance at the September 26, 2022 hearing in observance of Rosh Hashanah.  It is hereby

       ORDERED that the conference will be held on September 30, 2022 at 4:00 PM via telephone, using the dial-in 888-363-4749 and the access code 2682448.

       IT IS FURTHER ORDERED that Plaintiff email a copy of this Order to Defendant David Felberbaum by September 27, 2022.

SO ORDERED.

Dated:     September 26, 2022
             New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge