```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EHSH TECHNOLOGY INC.,                                       :
                                                            :
                        Plaintiff,                          :
                                                            :       22-CV-5927 (VSB)
            v.                                              :
                                                            :       ORDER
DAVID FELBERBAUM, and PLAY                                  :
UNIQUE,                                                     :
                                                            :
                        Defendants.                         :
                                                            X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

On September 30, 2022, Plaintiff and Defendant David Felberbaum appeared before me in a telephonic conference regarding Plaintiffs' temporary restraining order and preliminary injunction. In accordance with the instructions given at the conference, it is hereby

ORDERED that Plaintiff's temporary restraining order is denied, as stated in my order issued on September 12, 2022, (Doc. 13), and Plaintiff's motion for preliminary injunction is denied.

IT IS FURTHER ORDERED that by October 21, 2022 Defendant Felberbaum retain counsel for his corporation, Defendant Play Unique[1], and determine whether he personally plans to retain counsel or proceed *pro se*. If Defendant Felberbaum intends to proceed *pro se*, he must contact the *pro se* office, which can be reached via telephone at 212-805-0175, and provide them with his contact information.

IT IS FURTHER ORDERED that the parties appear for a telephonic conference on

---

[1] As discussed during the hearing, corporations must be represented by counsel in federal cases. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001) (finding that defendant corporation can only appear with counsel and cannot be represented *pro se* by its principal).

October 28, 2022 at 11:00AM, using the dial-in 888-363-4749 and the access code 2682448, to discuss the Defendants' retention of counsel and determine a briefing schedule.

    IT IS FURTHER ORDERED that all deadlines in this case are stayed until after the telephonic conference scheduled for October 28, 2022.

    IT IS FURTHER ORDERED that Plaintiff email a copy of this Order to Defendant David Felberbaum.

SO ORDERED.

Dated: October 5, 2022
       New York, New York

                                      Vernon S. Broderick
                                      United States District Judge