UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
EHSH TECHNOLOGY INC.,                          :
:
                         Plaintiff,    :
:         22-CV-5927 (VSB)
           v.                                    :
:         **ORDER**
DAVID FELBERBAUM, and PLAY        :
UNIQUE,                                                    :
:
                    Defendants.   :
:
-------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

On October 5, 2022, I ordered the parties to appear for a telephonic conference on October 28, 2022 at 11:00AM, using the dial-in 888-363-4749 and the access code 2682448, to discuss the Defendants' retention of counsel and determine a briefing schedule. (Doc. 18.) It is hereby

ORDERED that the conference is now rescheduled for October 28, 2022 at 2:00 PM, rather than 11:00 AM.

IT IS FURTHER ORDERED that Plaintiff email a copy of this Order to Defendant David Felberbaum by October 17, 2022.

SO ORDERED.

Dated:  October 13, 2022
          New York, New York

                                                      Vernon S. Broderick
                                                    United States District Judge