```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EHSH TECHNOLOGY INC.,                                       :
                                                            :
                            Plaintiff,                      :
                                                            :       22-CV-5927 (VSB)
              v.                                            :
                                                            :            ORDER
DAVID FELBERBAUM, and PLAY                                  :
UNIQUE,                                                     :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On October 5, 2022, I directed Defendant Felberbaum to retain counsel for his corporation, Defendant Play Unique, and determine whether he personally plans to retain counsel or proceed *pro se*. (Doc. 18.) On October 21, 2022, Defendant Felberbaum filed a letter indicating that he intended to proceed *pro se*. (Doc. 20.) However, as of the date of this Order, the docket does not reflect Defendant Felberbaum's *pro se* status or his current contact information. Accordingly, it is hereby

ORDERED that Defendant Felberbaum contact the *pro se* office and provide his contact information, as I instructed in my October 5, 2022 order. (Doc. 18.) The *pro se* office can be reached via telephone at 212-805-0175.

The parties are reminded that they are scheduled to appear for a conference via telephone tomorrow, October 28, 2022, at 2:00 P.M. to discuss Defendants' representation and a future briefing schedule.

IT IS FURTHER ORDERED that Plaintiff email a copy of my endorsement on October 24, 2022, (Doc. 21), and this Order to Defendant Felberbaum by October 27, 2022.

SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge