UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

EHSH TECHNOLOGY, INC.,

                                    Plaintiff,                 22-CV-05927 (VSB)(SN)

              -against-                                        **ORDER**

DAVID FELBERBAUM, et al.,

                                    Defendants.

---------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: ___ 12/12/2022 ___

**SARAH NETBURN, United States Magistrate Judge**:

        On Friday, December 9, 2022, the Honorable Vernon S. Broderick referred this matter

to my docket for settlement. ECF No. 28. The parties are directed to contact Courtroom

Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient

dates to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       New York, New York
             December 12, 2022